UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2019 SEP 20 P 12: 30

BY
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal Case No. |
| | ) | 1:19-cr-00178-JAW |
| | ) | |
| MICHAEL C. O'BRIEN | ) | |

**PROSECUTION VERSION OF THE OFFENSE**

On about September 26, 2018, Michael C. O'Brien possessed computer files containing images and videos of child pornography, which images and videos depicted actual prepubescent minors who were under the age of 12 years old. The defendant possessed these images and videos on his personal computer and on internal and external hard drives he connected to it, as well as on his cellular phone. The computer, the hard drives, and the phone were manufactured outside the state of Maine and had travelled in interstate and foreign commerce before being used by the defendant to download and store electronic images of child pornography.

The images and videos on the defendant's cell phone, computer, and hard drives showed actual minor children in sexually explicit poses, lasciviously displaying genitals, or engaged in sexual conduct with other children and adult men. The images and videos travelled in interstate or foreign commerce before being received and possessed by the defendant. The defendant had used the internet to seek out and download these files, using peer-to-peer networks among other means, and knowingly kept the images on his computing devices and associated hard drives.

One such file downloaded and possessed by the defendant bears filename "2012 anal bibigon boy girl golden_shower man oral pthc sound toys vaginal vibro_school." This video, approximately 38 minutes long, shows a girl of about six or seven, performing oral sex on similarly aged boy and on an adult male. She is also vaginally, anally and orally penetrated by a

large purple phallic sex toy.   Exhibit A includes four still frames from this video.

If this case were to proceed to trial, the government would have produced forensic evidence and expert testimony showing that the defendant used his phone, his computer, and the internet to purposefully search for, download, and store child pornography.   The government would have also produced law-enforcement testimony concerning the defendant's admissions that he owned the computer and placed the child pornography on it, as well as the computer, the internal and external hard drives, the cellular phone, the contraband images and videos found in them, and law enforcement and expert testimony concerning the ages of the victims and the country of manufacture of the electronic media the images were copied onto.

Dated: Sept. 20, 2019

HALSEY B. FRANK
UNITED STATES ATTORNEY

Chris Ruge
Assistant United States Attorney
U.S. Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
chris.ruge@usdoj.gov